# UNITED STATES BANKRUPTCY COURT

SOUTHERN   DISTRICT OF   MISSISSIPPI

In Re. YOEL M BACALLAO §
§
§
§

Debtor(s)

Case No.  21-00938

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2021

Petition Date: 05/25/2021

Months Pending: 7

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:                    Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                0

Debtor's Full-Time Employees (as of date of order for relief):        0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Yoel Bacallao
Signature of Responsible Party

01/28/2022
Date

Yoel Bacallao
Printed Name of Responsible Party

348 Lakeview Road, Ridgeland, Mississippi 39157
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name YOEL M BACALLAO                                   Case No. 21-00938

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,608 | |
| b. Total receipts (net of transfers between accounts) | $9,809 | $0 |
| c. Total disbursements (net of transfers between accounts) | $8,769 | $0 |
| d. Cash balance end of month (a+b-c) | $3,647 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $8,769 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○  Market ○  Other ⊙   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name YOEL M BACALLAO                                Case No. 21-00938

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ◉  No ◯

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ◯  No ◉

c. Were any payments made to or on behalf of insiders?   Yes ◯  No ◉

d. Are you current on postpetition tax return filings?   Yes ◯  No ◉

e. Are you current on postpetition estimated tax payments?   Yes ◯  No ◉

f. Were all trust fund taxes remitted on a current basis?   Yes ◉  No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ◯  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ◯  No ◯  N/A ◉

i. Do you have:   Worker's compensation insurance?   Yes ◯  No ◉
   If yes, are your premiums current?   Yes ◯  No ◯  N/A ◉  (if no, see Instructions)
   Casualty/property insurance?   Yes ◉  No ◯
   If yes, are your premiums current?   Yes ◉  No ◯  N/A ◯  (if no, see Instructions)
   General liability insurance?   Yes ◉  No ◯
   If yes, are your premiums current?   Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ◉  No ◯

k. Has a disclosure statement been filed with the court?   Yes ◯  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉  No ◯

Debtor's Name YOEL M BACALLAO                            Case No. 21-00938

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $6,000 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $644 |
| d. | Total income in the reporting period (a+b+c) | $6,644 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $4,324 |
| h. | All other expenses | $1,281 |
| i. | Total expenses in the reporting period (e+f+g+h) | $5,605 |
| j. | Difference between total income and total expenses (d-i) | $1,039 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⦿ No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⦿ No ○ N/A ○ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Yoel Bacallao | Yoel Bacallao |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 01/28/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

Clear All Fields

Save

In Re. YOEL M BACALLAO

§
§
§
§

_____
Debtor(s)

Case No. 21-00938

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2021

Months Pending: 7

Reporting Method:          Accrual Basis ☐          Cash Basis ☑

Petition Date: 05/25/2021

Industry Classification: [0] [0] [0] [0]

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Yoel Bacallao
_____
Signature of Responsible Party

01/28/2022
_____
Date

Yoel Bacallao
_____
Printed Name of Responsible Party

348 Lakeview Road, Ridgeland, Mississippi 39157
_____
Address

Click Here to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name YOEL M BACALLAO

Save

Case No. 21-00938

l.   Are you current with quarterly U.S. Trustee fees as
     set forth under 28 U.S.C. § 1930?

Yes ◉   No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $6,000 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $644 |
| d. | Total income in the reporting period (a+b+c) | $6,644 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | |
| g. | Living expenses | $4,324 |
| h. | All other expenses | $1,281 |
| i. | Total expenses in the reporting period (e+f+g+h) | $5,605 |
| j. | Difference between total income and total expenses (d-i) | $1,039 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.   Are you required to pay any Domestic Support Obligations as defined by 11
     U.S.C § 101(14A)?                                                            Yes ◉ No ○

m.   If yes, have you made all Domestic Support Obligation payments?              Yes ◉ No ○  N/A ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C.
§§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28
U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress
through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is
being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information
is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign
law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be
made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the
Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated
Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://
www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or
conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting
documentation are true and correct and that I have been authorized to sign this report on behalf of the
estate.**

/s/ Yoel Bacallao

Signature of Responsible Party

Debtor

Date

Yoel Bacallao

Printed Name of Responsible Party

01/28/2022

Date

Save

Generate PDF for Court Filing
and Remove Watermark

UST Form 11-MOR (12/01/2021)

4

# Yoel M. Bacallao
## PERSONAL INCOME STATEMENT
### December 2021

| | Dec 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Wages | 6,000.00 |
| **Total Income** | 6,000.00 |
| **Expense** | |
| **Living Expenses** | |
| Supplies | 1,165.52 |
| Insurance Expense | 454.39 |
| Auto Payment | 0.00 |
| Fuel | 148.41 |
| Meals | 27.22 |
| Medical Expenses | 215.88 |
| Mortgage | 887.96 |
| Rent | 660.00 |
| Repairs & Maintenance | 119.02 |
| Telephone | 169.23 |
| Utilities | 476.00 |
| **Total Living Expenses** | 4,323.63 |
| **Other Expenses** | |
| Bank Service Charges | -50.00 |
| **Domestic Support Obligation** | |
| Child Support | 600.00 |
| **Total Domestic Support Obligation** | 600.00 |
| Entertainment | 140.23 |
| Fees | 26.00 |
| Gifts | 265.00 |
| Immigration Payment | 300.00 |
| **Total Other Expenses** | 1,281.23 |
| **Total Expense** | 5,604.86 |
| **Net Ordinary Income** | 395.14 |

# Yoel M. Bacallao
## PERSONAL INCOME STATEMENT
### December 2021

|  | Dec 21 |
|---|---|
| **Other Income/Expense** | |
| Other Income | |
| Other Income | 144.00 |
| Child Tax Credit | 500.00 |
| Interest Income | 0.01 |
| **Total Other Income** | 644.01 |
| **Net Other Income** | 644.01 |
| **Net Income** | **1,039.15** |

3:46 PM

01/20/22

Accrual Basis

# Yoel M. Bacallao
## CASH RECEIPTS AND DISBURSEMENTS
### December 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Wells Fargo - Way2Save Checking** | | | | | | | | |
| Deposit | 12/15/2021 | | | Deposit | Child Tax Credit | 500.00 | | 500.00 |
| **Total Wells Fargo - Way2Save Checking** | | | | | | 500.00 | 0.00 | |
| **Wells Fargo Portfolio Checking** | | | | | | | | |
| Check | 12/01/2021 | | State Farm Insurance | | Insurance Expense | | 226.98 | -226.98 |
| Deposit | 12/03/2021 | | | Deposit | Wages | 1,000.00 | | 773.02 |
| Deposit | 12/03/2021 | | | Deposit | Auto Payment | 3,114.55 | | 3,887.57 |
| Check | 12/06/2021 | | Amazon | | Supplies | | 50.96 | 3,836.61 |
| Check | 12/06/2021 | | Amazon | | Supplies | | 16.06 | 3,820.55 |
| Check | 12/06/2021 | | Amazon | | Supplies | | 39.78 | 3,780.77 |
| Check | 12/06/2021 | | Collect Call | | Telephone | | 7.54 | 3,773.23 |
| Check | 12/06/2021 | | Costco | | Supplies | | 532.66 | 3,240.57 |
| Check | 12/06/2021 | | Wal-Mart | | Supplies | | 184.61 | 3,055.96 |
| Check | 12/06/2021 | 112 | HarborPines Mobile ... | | Rent | | 330.00 | 2,725.96 |
| Check | 12/06/2021 | 113 | HarborPines Mobile ... | | Rent | | 330.00 | 2,395.96 |
| Check | 12/07/2021 | | Amazon | | Supplies | | 207.92 | 2,188.04 |
| Check | 12/07/2021 | | Amazon | | Supplies | | 114.14 | 2,073.90 |
| Check | 12/07/2021 | | Terminix | | Repairs & Maintenance | | 119.02 | 1,954.88 |
| Check | 12/07/2021 | | Ford Credit | | Auto Payment | | 746.26 | 1,208.62 |
| Check | 12/07/2021 | | Charlene Pina-Garcia | van payment to Mercedes | Auto Payment | | 892.97 | 316.65 |
| Check | 12/07/2021 | | Ford Credit | | Auto Payment | | 1,476.32 | -1,159.67 |
| Check | 12/08/2021 | | City of Ridgeland | | Utilities | | 300.00 | -1,459.67 |
| Check | 12/08/2021 | | City of Ridgeland | | Fees | | 9.00 | -1,468.67 |
| Check | 12/08/2021 | | Apple.com | | Telephone | | 5.34 | -1,474.01 |
| Check | 12/09/2021 | | Amazon | | Supplies | | 19.39 | -1,493.40 |
| Deposit | 12/10/2021 | | | Deposit | Wages | 1,000.00 | | -493.40 |
| Check | 12/13/2021 | | Apple.com | | Telephone | | 24.99 | -518.39 |
| Check | 12/13/2021 | | Amazon | | Entertainment | | 13.90 | -532.29 |
| Check | 12/14/2021 | | Apple.com | | Telephone | | 10.69 | -542.98 |
| Check | 12/14/2021 | | Entergy | | Utilities | | 176.00 | -718.98 |
| Check | 12/16/2021 | | MS DPS | | Fees | | 17.00 | -735.98 |
| Deposit | 12/17/2021 | | | Deposit | Wages | 1,000.00 | | 264.02 |
| Check | 12/17/2021 | | Shell Service Station | | Fuel | | 22.82 | 241.20 |
| Check | 12/20/2021 | | Dish Network | | Entertainment | | 126.33 | 114.87 |
| Check | 12/20/2021 | | | | Gifts | | 265.00 | -150.13 |
| Check | 12/21/2021 | | Zelle | Yaquelin Fonseca | Child Support | | 600.00 | -750.13 |
| Deposit | 12/24/2021 | 114 | Olivia Portilla | Deposit | Wages | 1,000.00 | | 249.87 |
| Deposit | 12/24/2021 | | | Deposit | Other Income | 24.00 | | 273.87 |
| Check | 12/24/2021 | | Freedom Federal | | Immigration Payment | | 300.00 | -26.13 |
| Deposit | 12/27/2021 | | | Deposit | Other Income | 120.00 | | 93.87 |
| Check | 12/27/2021 | | Appa Mia | | Telephone | | 49.98 | 43.89 |
| Check | 12/27/2021 | | Airpo | | Fuel | | 55.01 | -11.12 |
| Check | 12/27/2021 | | Cracker Barrel | | Meals | | 27.22 | -38.34 |
| Deposit | 12/28/2021 | | | Deposit | Bank Service Charges | 25.00 | | -13.34 |
| Deposit | 12/28/2021 | | | Deposit | Bank Service Charges | 25.00 | | 11.66 |
| Check | 12/28/2021 | | Marathon | | Fuel | | 70.58 | -58.92 |
| Check | 12/28/2021 | | Nationstar DBA Mr. ... | | Mortgage | | 887.96 | -946.88 |
| Check | 12/29/2021 | | Advanced Derm Cedar | | Medical Expenses | | 215.88 | -1,162.76 |
| Check | 12/30/2021 | | AT&T | | Telephone | | 70.69 | -1,233.45 |
| Check | 12/31/2021 | | State Farm Insurance | | Insurance Expense | | 227.41 | -1,460.86 |

3:46 PM

01/20/22

Accrual Basis

## Yoel M. Bacallao
## CASH RECEIPTS AND DISBURSEMENTS
### December 2021

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Deposit | 12/31/2021 | | | Deposit | Wages | 2,000.00 | | 539.14 |
| Deposit | 12/31/2021 | | | Interest | Interest Income | 0.01 | | 539.15 |
| Total Wells Fargo Portfolio Checking | | | | | | 9,308.56 | 8,769.41 | 539.15 |
| **TOTAL** | | | | | | **9,808.56** | **8,769.41** | **1,039.16** |

Page 2

December 31, 2021



# Portfolio By Wells Fargo®

Questions? Please contact us:

**Wells Fargo Premier Banking Team** ℠
Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
*Phone:* **1-800-742-4932**
*Spanish:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

YOEL M. BACALLAO
DEBTOR IN POSSESSION
CH 11 CASE #21-00938 (MS)
348 LAKEVIEW RD LOT 75
RIDGELAND MS 39157-1103

## Accounts linked to your Portfolio by Wells Fargo program:

### Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
|---|---|
| Wells Fargo Portfolio Checking █████5225) | 1,996.60 |
| Wells Fargo Way2Save® Checking █████0743) | 1,650.00 |

## Your Portfolio Qualification Balance this month:            $3,646.60

*Accounts linked in Summary will be provided a separate statement.*

127243

December 31, 2021



# Wells Fargo Portfolio Checking

This is your primary checking account in your Portfolio by Wells Fargo program

## Statement period activity summary

| | |
|---|---|
| Balance on 12/1 | 1,457.45 |
| Deposits/Additions | 9,308.56 |
| Withdrawals/Subtractions | - 8,769.41 |
| **Balance on 12/31** | **$1,996.60** |

Account number: ████ 5225

**YOEL M. BACALLAO**
**DEBTOR IN POSSESSION**
**CH 11 CASE #21-00938 (MS)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*MISSISSIPPI account terms and conditions apply*

Questions about your account: **1-800-742-4932**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Interest earned this statement period | $0.01 |
| Average collected balance | $760.25 |
| Annual percentage yield earned | 0.02% |
| Interest paid this year | $0.09 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 12/1** | | | | **1,457.45** |
| 12/1 | Recurring Payment Authorized On 11/30 State Farm Insura 800-956-6310 IL S301334500904400 Card 9023 | | | 226.98 | 1,230.47 |
| 12/3 | Mobile Deposit : Ref Number:216030378710 | | 1,000.00 | | |
| 12/3 | Mobile Deposit : Ref Number:217030423536 | | 3,114.55 | | 5,345.02 |
| 12/6 | Purchase Authorized On 12/02 Amzn Mktp US*670Zg Amzn.Com/Bill WA S461336803960368 Card 9023 | | | 50.96 | |
| 12/6 | Purchase Authorized On 12/02 Amzn Mktp US*F7031 Amzn.Com/Bill WA S461336804037280 Card 9023 | | | 16.06 | |
| 12/6 | Purchase Authorized On 12/02 Amzn Mktp US*626Ow Amzn.Com/Bill WA S581336854625949 Card 9023 | | | 39.78 | |
| 12/6 | Purchase Authorized On 12/05 Gtl*Collect Call 877-650-4249 VA S461339713267921 Card 9023 | | | 7.54 | |
| 12/6 | Purchase Authorized On 12/05 Costco Whse #1366 Ridgeland MS P381339731156008 Card 9023 | | | 532.66 | |
| 12/6 | Purchase Authorized On 12/05 Wal-Mart Super Center Ridgeland MS P000000470903204 Card 9023 | | | 184.61 | |
| 12/6 | Check | 113 | | 330.00 | |
| 12/6 | Check | 112 | | 330.00 | 3,853.41 |
| 12/7 | Purchase Authorized On 12/06 Amzn Mktp US*G90Wj Amzn.Com/Bill WA S381340302965744 Card 9023 | | | 207.92 | |
| 12/7 | Purchase Authorized On 12/06 Amzn Mktp US*1G8Ho Amzn.Com/Bill WA S581340317032233 Card 9023 | | | 114.14 | |
| 12/7 | Terminix Checks 211206 2113060000002 13752724/0002394/2630 | | | 119.02 | |
| 12/7 | Ford Credit Auto Pymt Dec 21 20172419120621 Yoel Bacallao | | | 745.26 | |
| 12/7 | Mbfs Web Pay 211206 5001985592001 Charlene Pina-Garcia | | | 892.97 | |
| 12/7 | Ford Credit Auto Pymt Dec 21 20172456120621 Yoel M Bacallao | | | 1,476.32 | 297.78 |
| 12/8 | Purchase Authorized On 12/06 City of Ridgeland Ridgeland MS S581340740707772 Card 9023 | | | 300.00 | |
| 12/8 | Purchase Authorized On 12/06 City of Ridgelands 800-7746462 UT S461340740792791 Card 9023 | | | 9.00 | |
| 12/8 | Purchase Authorized On 12/06 Apple.Com/Bill 800-275-2273 CA S301340812260819 Card 9023 | | | 5.34 | -16.56 |

December 31, 2021





## Wells Fargo Portfolio Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 12/9 | Purchase Authorized On 12/03 Amzn Mktp US*655Y6 Amzn.Com/Bill WA S581338183064186 Card 9023 | | | 19.39 | -35.95 |
| 12/10 | Mobile Deposit : Ref Number :219100326646 | | 1,000.00 | | 964.05 |
| 12/13 | Recurring Payment Authorized On 12/11 Apple.Com/Bill 866-712-7753 CA S381345714313943 Card 9023 | | | 24.99 | |
| 12/13 | Recurring Payment Authorized On 12/11 Amazon Prime*Rp1Yw Amzn.Com/Bill WA S301345825288610 Card 9023 | | | 13.90 | 925.16 |
| 12/14 | Purchase Authorized On 12/13 Apple.Com/Bill 866-712-7753 CA S581347770727250 Card 9023 | | | 10.69 | |
| 12/14 | Entergy Services Bill Pay 7770142110989 Yoel M Bacallao | | | 176.00 | 738.47 |
| 12/16 | Purchase Authorized On 12/15 Msdps Jackson Hq Jackson MS S581349769057474 Card 9023 | | | 17.00 | 721.47 |
| 12/17 | Mobile Deposit : Ref Number :512170979328 | | 1,000.00 | | |
| 12/17 | Purchase Authorized On 12/15 Shell Oil 57544575 Brandon MS S301349683979857 Card 9023 | | | 22.82 | 1,698.65 |
| 12/20 | Recurring Payment Authorized On 12/16 Autopay/Dish Ntwk 800-333-3474 CO S381351213216051 Card 9023 | | | 126.33 | 1,572.32 |
| 12/21 | Zelle to Yaquelin Fonseca On 12/21 Ref #Rp0D64Jc2C | | | 265.00 | |
| 12/21 | Check | 114 | | 600.00 | 707.32 |
| 12/22 | Mobile Deposit : Ref Number :017220452441 | | 24.00 | | 731.32 |
| 12/24 | Mobile Deposit : Ref Number :307240117018 | | 1,000.00 | | |
| 12/24 | Purchase Authorized On 12/23 Freedom Federal Bo 832-252-7132 TX S581357770973176 Card 9023 | | | 300.00 | 1,431.32 |
| 12/27 | Card Final Credit 11217214771 | | 120.00 | | |
| 12/27 | Purchase Authorized On 12/24 Appa Mia 302-440-1448 DE S301358543055157 Card 4344 | | | 49.98 | |
| 12/27 | Purchase Authorized On 12/25 Bp#1269000Airpo Birmingham AL P000000171802150 Card 4344 | | | 55.01 | |
| 12/27 | Purchase Authorized On 12/27 Cracker Barrel # 6020 I 5 Jackson MS P301361736254724 Card 4344 | | | 27.22 | 1,419.11 |
| 12/28 | Portfolio Monthly Service Fee Reversal | | 25.00 | | |
| 12/28 | Monthly Service Fee Reversal 10/04/21 | | 25.00 | | |
| 12/28 | Purchase Authorized On 12/28 Marathon Petro23 Jackson MS P000000986993165 Card 4344 | | | 70.58 | |
| 12/28 | Nationstar DBA MR Cooper 211228 0672313038 Yoel Bacallao | | | 887.96 | 510.57 |
| 12/29 | Purchase Authorized On 12/28 Pay* Advanced Derm Cedar.Com NY S301363049885235 Card 4344 | | | 215.88 | 294.69 |
| 12/30 | ATT Payment 122821 152398004Smt2H Debtor IN Possession | | | 70.69 | 224.00 |
| 12/31 | Deposit Made In A Branch/Store | | 2,000.00 | | |
| 12/31 | State Farm Ro 08 Cpc-Client 09 S 1338333809 Yoel Bacallao | | | 227.41 | |
| 12/31 | Interest Payment | | 0.01 | | 1,996.60 |
| **Ending balance on 12/31** | | | | | **1,996.60** |
| **Totals** | | | **$9,308.56** | **$8,769.41** | |

### Summary of checks written (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 112 | 12/6 | 330.00 | 113 | 12/6 | 330.00 | 114 | 12/21 | 600.00 |

### Important Account Information

Regarding your Portfolio by Wells Fargo® program: As a reminder, the Portfolio by Wells Fargo program includes the Portfolio Relationship Interest Rate for eligible linked savings accounts and time accounts, which is variable and subject to change at any time without notice, including setting the rate equal to the Standard Interest Rate. Any change to the Portfolio Relationship Interest Rate for time accounts would occur upon renewal.

23 de diciembre de 2021

Página 2 de 5



Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

## Resumen de la actividad del período de estado de cuenta

| | |
|---|---:|
| Saldo inicial al 11/25 | $1,150.00 |
| Depósitos/Adiciones | 500.00 |
| Retiros/Deducciones | - 0.00 |
| **Saldo final al 12/23  (mes/día)** | **$1,650.00** |

Número de cuenta:  ████0743

YOEL MANUEL BACALLAO

*Florida:  Se aplican los términos y condiciones de la cuenta*

Para Depósitos Directos utilice
el número de tránsito interbancario  (RTN):  063107513

**Protección contra Sobregiros**

Actualmente, esta cuenta no está cubierta por Protección contra Sobregiros. Si desea más información acerca de la Protección contra Sobregiros y los requisitos de elegibilidad, sírvase llamar al número que aparece en su estado de cuenta o visite la sucursal de Wells Fargo de su localidad.

## Historial de transacciones

Traducciones de términos de transacciones

- ATM Withdrawal = Retiro de Cajero Automático (ATM)
- Automatic Transfer = Transferencia Automática
- Purchase = Compra
- Direct Deposit = Depósito Directo
- Interest Payment = Pago de Intereses
- Monthly Service Fee = Cargo Mensual por Servicio

- Non-Wells Fargo ATM Transaction Fee = Cargo por Transacción de Cajero Automático (ATM) que no pertenece a Wells Fargo
- NSF Return Item Fee = Cargo por Partida Devuelta por Insuficiencia de Fondos
- Online Transfer = Transferencia por Internet
- Overdraft Fee = Cargo por Sobregiro
- Overdraft Protection = Protección contra Sobregiros

| Fecha (mes/día) | Número de cheque | Descripción | Depósitos/ Adiciones | Retiros/ Deducciones | Saldo diario final |
|---|---|---|---:|---:|---:|
| 12/15 | | IRS Treas 310 Childctc 121521 xxxxxxxxxx00918 Bacallao, Yoel M & Oli | 500.00 | | 1,650.00 |
| **Saldo final al 12/23** | | | | | **1,650.00** |
| **Totales** | | | **$500.00** | **$0.00** | |

*El Saldo Diario Final no refleja ningún retiro o retención pendientes sobre fondos depositados que puedan haber estado pendientes en la cuenta cuando se asentaron sus transacciones.  Si no tenía fondos disponibles suficientes cuando se asentó una transacción, es posible que se hayan impuesto algunos cargos.*

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Partidas devueltas sin pagar**

| Fecha (mes/día) | Descripción | | Importe |
|---|---|---|---:|
| 12/15 | Chase Credit Crd Autopay   211213 000000000017653 Portilla Olivia  # de referencia | 021000029333368 | 144.00 |

**Resumen del cargo mensual por servicio**

Para obtener una lista completa de los cargos e información detallada de la cuenta, consulte las declaraciones informativas correspondientes a su cuenta o hable con un representante bancario. Visite wellsfargo.com/feefaq para acceder a un enlace a estos documentos y las respuestas a preguntas comunes sobre el cargo mensual por servicio.

| | | |
|---|---|---|
| Periodo correspondiente al cargo 11/25/2021 - 12/23/2021 | Cargo mensual por servicio estándar $12.00 | Usted pagó $0.00 |

11:58 AM
01/13/22

# Yoel M. Bacallao
## Reconciliation Detail
### Wells Fargo Portfolio Checking, Period Ending 12/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,457.45 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 37 items** | | | | | | |
| Check | 12/01/2021 | | State Farm Insurance | X | -226.98 | -226.98 |
| Check | 12/06/2021 | | Costco | X | -532.66 | -759.64 |
| Check | 12/06/2021 | 112 | HarbonPines Mobile... | X | -330.00 | -1,089.64 |
| Check | 12/06/2021 | 113 | HarbonPines Mobile... | X | -330.00 | -1,419.64 |
| Check | 12/06/2021 | | Wal-Mart | X | -184.61 | -1,604.25 |
| Check | 12/06/2021 | | Amazon | X | -50.96 | -1,655.21 |
| Check | 12/06/2021 | | Amazon | X | -39.78 | -1,694.99 |
| Check | 12/06/2021 | | Amazon | X | -16.06 | -1,711.05 |
| Check | 12/06/2021 | | Collect Call | X | -7.54 | -1,718.59 |
| Check | 12/07/2021 | | Ford Credit | X | -1,476.32 | -3,194.91 |
| Check | 12/07/2021 | | Charlene Pina-Garcia | X | -892.97 | -4,087.88 |
| Check | 12/07/2021 | | Ford Credit | X | -745.26 | -4,833.14 |
| Check | 12/07/2021 | | Amazon | X | -207.92 | -5,041.06 |
| Check | 12/07/2021 | | Terminix | X | -119.02 | -5,160.08 |
| Check | 12/07/2021 | | Amazon | X | -114.14 | -5,274.22 |
| Check | 12/08/2021 | | City of Ridgeland | X | -300.00 | -5,574.22 |
| Check | 12/08/2021 | | City of Ridgeland | X | -9.00 | -5,583.22 |
| Check | 12/08/2021 | | Apple.com | X | -5.34 | -5,588.56 |
| Check | 12/09/2021 | | Amazon | X | -19.39 | -5,607.95 |
| Check | 12/13/2021 | | Apple.com | X | -24.99 | -5,632.94 |
| Check | 12/13/2021 | | Amazon | X | -13.90 | -5,646.84 |
| Check | 12/14/2021 | | Entergy | X | -176.00 | -5,822.84 |
| Check | 12/14/2021 | | Apple.com | X | -10.69 | -5,833.53 |
| Check | 12/16/2021 | | MS DPS | X | -17.00 | -5,850.53 |
| Check | 12/17/2021 | | Shell Service Station | X | -22.82 | -5,873.35 |
| Check | 12/20/2021 | | Dish Network | X | -126.33 | -5,999.68 |
| Check | 12/21/2021 | 114 | Olivia Portilla | X | -600.00 | -6,599.68 |
| Check | 12/21/2021 | | Zelle | X | -265.00 | -6,864.68 |
| Check | 12/24/2021 | | Freedom Federal | X | -300.00 | -7,164.68 |
| Check | 12/27/2021 | | Airpo | X | -55.01 | -7,219.69 |
| Check | 12/27/2021 | | Appa Mia | X | -49.98 | -7,269.67 |
| Check | 12/27/2021 | | Cracker Barrel | X | -27.22 | -7,296.89 |
| Check | 12/28/2021 | | Nationstar DBA Mr. ... | X | -887.96 | -8,184.85 |
| Check | 12/28/2021 | | Marathon | X | -70.58 | -8,255.43 |
| Check | 12/29/2021 | | Advanced Derm Ce... | X | -215.88 | -8,471.31 |
| Check | 12/30/2021 | | AT&T | X | -70.69 | -8,542.00 |
| Check | 12/31/2021 | | State Farm Insurance | X | -227.41 | -8,769.41 |
| | | | Total Checks and Payments | | -8,769.41 | -8,769.41 |
| **Deposits and Credits - 11 items** | | | | | | |
| Deposit | 12/03/2021 | | | X | 1,000.00 | 1,000.00 |
| Deposit | 12/03/2021 | | | X | 3,114.55 | 4,114.55 |
| Deposit | 12/10/2021 | | | X | 1,000.00 | 5,114.55 |
| Deposit | 12/17/2021 | | | X | 1,000.00 | 6,114.55 |
| Deposit | 12/24/2021 | | | X | 24.00 | 6,138.55 |
| Deposit | 12/24/2021 | | | X | 1,000.00 | 7,138.55 |
| Deposit | 12/27/2021 | | | X | 120.00 | 7,258.55 |
| Deposit | 12/28/2021 | | | X | 25.00 | 7,283.55 |
| Deposit | 12/28/2021 | | | X | 25.00 | 7,308.55 |
| Deposit | 12/31/2021 | | | X | 0.01 | 7,308.56 |
| Deposit | 12/31/2021 | | | X | 2,000.00 | 9,308.56 |
| | | | Total Deposits and Credits | | 9,308.56 | 9,308.56 |
| | | | Total Cleared Transactions | | 539.15 | 539.15 |
| | | | Cleared Balance | | 539.15 | 1,996.60 |
| | | | Register Balance as of 12/31/2021 | | 539.15 | 1,996.60 |
| | | | **Ending Balance** | | **539.15** | **1,996.60** |

Page 1

**12:01 PM**

**01/13/22**

**Yoel M. Bacallao**

# Reconciliation Detail

**Wells Fargo - Way2Save Checking, Period Ending 12/23/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,150.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/15/2021 | | | X | 500.00 | 500.00 |
| Total Deposits and Credits | | | | | 500.00 | 500.00 |
| Total Cleared Transactions | | | | | 500.00 | 500.00 |
| Cleared Balance | | | | | 500.00 | 1,650.00 |
| Register Balance as of 12/23/2021 | | | | | 500.00 | 1,650.00 |
| **Ending Balance** | | | | | **500.00** | **1,650.00** |