# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI

In Re. YOEL M BACALLAO

§
§
§
§

_____
Debtor(s)

Case No. 21-00938 _____

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2022 _____

Months Pending: 9 _____

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0 _____

Debtor's Full-Time Employees (as of date of order for relief):          0 _____

Petition Date: 05/25/2021 _____

Industry Classification: | 0 | 0 | 0 | 0 |

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Yoel Bacallao (see attached signature) _____
Signature of Responsible Party

03/18/2022 _____
Date

Yoel Bacallao
Printed Name of Responsible Party

348 Lakeview Road, Ridgeland, Mississippi 39157
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name YOEL M BACALLAO                                Case No. 21-00938

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,512 | |
| b. Total receipts (net of transfers between accounts) | $7,415 | $0 |
| c. Total disbursements (net of transfers between accounts) | $5,844 | $0 |
| d. Cash balance end of month (a+b-c) | $4,082 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $5,844 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○  Market ○  Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name YOEL M BACALLAO                                    Case No. 21-00938

|   | xcix |   |   |   |   |   |   |
|---|------|---|---|---|---|---|---|
|   | c |   |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   |   |   |   |   |   |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ● No ○   *Only Secured* |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● |
| d. | Are you current on postpetition tax return filings? | Yes ○ No ● |
| e. | Are you current on postpetition estimated tax payments? | Yes ○ No ● |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○ No ● |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● No ○ N/A ○ |
| i. | Do you have:  Worker's compensation insurance? | Yes ○ No ● |
|   | If yes, are your premiums current? | Yes ○ No ○ N/A ● (if no, see Instructions) |
|   | Casualty/property insurance? | Yes ● No ○ |
|   | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
|   | General liability insurance? | Yes ● No ○ |
|   | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ● No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

Debtor's Name YOEL M BACALLAO                                    Case No. 21-00938

| **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|
| a. | Gross income (receipts) from salary and wages | $4,000 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $301 |
| d. | Total income in the reporting period (a+b+c) | $4,301 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $1,250 |
| h. | All other expenses | $1,479 |
| i. | Total expenses in the reporting period (e+f+g+h) | $2,730 |
| j. | Difference between total income and total expenses (d-i) | $1,571 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ● No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ● No ○ N/A ○ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Yoel Bacallao (See attached signature)                  Yoel Bacallao
Signature of Responsible Party                           Printed Name of Responsible Party

Debtor                                                   03/18/2022
Title                                                    Date

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

Clear All Fields

Save

In Re. YOEL M BACALLAO

§
§
§
§

Case No. 21-00938

Debtor(s)

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2022

Petition Date: 05/25/2021

Months Pending: 9

Industry Classification: 0 0 0 0

Reporting Method:        Accrual Basis ◯     Cash Basis ◉

Debtor's Full-Time Employees (current):    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

Yoel Bacallao (see attached signature)
Signature of Responsible Party

Yoel Bacallao
Printed Name of Responsible Party

03/18/2022
Date

348 Lakeview Road, Ridgeland, Mississippi 39157
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

1

Debtor's Name YOEL M BACALLAO

Save

Case No. 21-00938

1. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○   No ○

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $4,000 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $301 |
| d. | Total income in the reporting period (a+b+c) | $4,301 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | |
| g. | Living expenses | $1,250 |
| h. | All other expenses | $1,479 |
| i. | Total expenses in the reporting period (e+f+g+h) | $2,730 |
| j. | Difference between total income and total expenses (d-i) | $1,571 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ● No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ● No ○ N/A ○ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Yoel Bacallao                                           Yoel Bacallao
Signature of Responsible Party                          Printed Name of Responsible Party

Debtor                                                  03/18/2022
Title                                                   Date

Save

Generate PDF for Court Filing and Remove Watermark

UST Form 11-MOR (12/01/2021)                    4

# Yoel M. Bacallao
## PERSONAL INCOME STATEMENT
### February 2022

|  | Feb 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Wages | 4,000.00 |
| **Total Income** | 4,000.00 |
| **Expense** | |
| **Living Expenses** | |
| Supplies | 134.46 |
| Auto Payment | 0.00 |
| Fuel | 200.56 |
| Meals | 38.51 |
| Rent | 350.00 |
| Repairs & Maintenance | 119.02 |
| Telephone | 407.79 |
| **Total Living Expenses** | 1,250.34 |
| **Other Expenses** | |
| Bank Service Charges | 60.00 |
| Domestice Support Obligation | |
| Child Support | 1,000.00 |
| **Total Domestice Support Obligation** | 1,000.00 |
| Entertainment | 69.22 |
| Immigration Payment | 300.00 |
| Travel | 50.00 |
| **Total Other Expenses** | 1,479.22 |
| **Total Expense** | 2,729.56 |
| **Net Ordinary Income** | 1,270.44 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | 300.00 |
| Interest Income | 0.01 |
| **Total Other Income** | 300.01 |
| **Net Other Income** | 300.01 |
| **Net Income** | 1,570.45 |

3:41 PM
03/16/22
Accrual Basis

# Yoel M. Bacallao
## CASH RECEIPTS AND DISBURSEMENTS
### February 2022

| Type | Date | Num | Name | Memo |
|------|------|-----|------|------|
| **Wells Fargo - Way2Save Checking** | | | | |
| Deposit | 02/03/2022 | | | From Cruz Dailin |
| Total Wells Fargo - Way2Save Checking | | | | |
| **Wells Fargo Portfolio Checking** | | | | |
| Check | 02/02/2022 | | Wells Fargo | NSF Return Item Fee - Nationstar Mr. Cooper |
| Check | 02/02/2022 | | Wells Fargo | monthly service fee |
| Check | 02/03/2022 | | Appa Mia | |
| Check | 02/07/2022 | | Apple.com | |
| Check | 02/07/2022 | | Apple.com | |
| Check | 02/07/2022 | | Stratosphere Hotel | |
| Check | 02/07/2022 | | Terminix | |
| Deposit | 02/07/2022 | | | Deposit |
| Check | 02/08/2022 | | Web Pay | Charlene-van payment |
| Check | 02/09/2022 | | Netflix | |
| Check | 02/09/2022 | | Ford Credit | |
| Check | 02/09/2022 | | Ford Credit | |
| Deposit | 02/10/2022 | | | Deposit |
| Check | 02/11/2022 | | CVS Pharmacy | |
| Deposit | 02/11/2022 | | | Deposit |
| Check | 02/14/2022 | | Apple.com | |
| Check | 02/14/2022 | | Apple.com | |
| Check | 02/14/2022 | | Kroger | |
| Check | 02/15/2022 | | Appa Mia | |
| Check | 02/15/2022 | | Apple.com | |
| Check | 02/15/2022 | 118 | HarbonPines Mobile... | |
| Check | 02/16/2022 | | Apple.com | |
| Check | 02/16/2022 | | Appa Mia | |
| Check | 02/17/2022 | | Apple.com | |
| Check | 02/17/2022 | | Apple.com | |
| Check | 02/17/2022 | | Apple.com | |
| Check | 02/18/2022 | | Dish Network | |
| Check | 02/18/2022 | | Apple.com | |
| Deposit | 02/18/2022 | | | Deposit |
| Check | 02/22/2022 | | CVS Pharmacy | |
| Check | 02/22/2022 | | Apple.com | |
| Check | 02/22/2022 | | Apple.com | |
| Check | 02/22/2022 | | Freedom Federal | |
| Check | 02/22/2022 | | Amazon | |
| Check | 02/22/2022 | | Apple.com | |
| Check | 02/22/2022 | | Shell Service Station | |
| Check | 02/22/2022 | 117 | Olivia Portilla | |
| Check | 02/23/2022 | | Cappy's | |
| Check | 02/23/2022 | | Appa Mia | |
| Check | 02/23/2022 | | Raceway | |
| Check | 02/24/2022 | | Apple.com | |
| Deposit | 02/25/2022 | | | Deposit |
| Check | 02/28/2022 | | Apple.com | |
| Check | 02/28/2022 | | Apple.com | |
| Check | 02/28/2022 | | Apple.com | |
| Check | 02/28/2022 | | Apple.com | |
| Deposit | 02/28/2022 | | Wells Fargo | Deposit |
| Total Wells Fargo Portfolio Checking | | | | |
| **TOTAL** | | | | |

3:41 PM

03/16/22

Accrual Basis

# Yoel M. Bacallao
## CASH RECEIPTS AND DISBURSEMENTS
### February 2022

| Split | Debit | Credit | Balance |
|---|---|---|---|
| Other Income | 300.00 | | 300.00 |
| | 300.00 | 0.00 | 300.00 |
| | | | |
| Bank Service Charges | | 35.00 | -35.00 |
| Bank Service Charges | | 25.00 | -60.00 |
| Telephone | | 49.98 | -109.98 |
| Telephone | | 8.55 | -118.53 |
| Telephone | | 5.34 | -123.87 |
| Travel | | 50.00 | -173.87 |
| Repairs & Maintenance | | 119.02 | -292.89 |
| Auto Payment | 3,114.55 | | 2,821.66 |
| Auto Payment | | 892.97 | 1,928.69 |
| Entertainment | | 19.25 | 1,909.44 |
| Auto Payment | | 745.26 | 1,164.18 |
| Auto Payment | | 1,476.32 | -312.14 |
| Wages | 1,000.00 | | 687.86 |
| Supplies | | 3.81 | 684.05 |
| Wages | 1,000.00 | | 1,684.05 |
| Telephone | | 8.55 | 1,675.50 |
| Telephone | | 10.69 | 1,664.81 |
| Meals | | 38.51 | 1,626.30 |
| Telephone | | 72.39 | 1,553.91 |
| Telephone | | 1.65 | 1,552.26 |
| Rent | | 350.00 | 1,202.26 |
| Telephone | | 4.27 | 1,197.99 |
| Telephone | | 74.97 | 1,123.02 |
| Telephone | | 5.34 | 1,117.68 |
| Telephone | | 5.34 | 1,112.34 |
| Telephone | | 5.34 | 1,107.00 |
| Entertainment | | 49.97 | 1,057.03 |
| Telephone | | 4.27 | 1,052.76 |
| Wages | 1,000.00 | | 2,052.76 |
| Supplies | | 70.39 | 1,982.37 |
| Telephone | | 8.55 | 1,973.82 |
| Telephone | | 21.39 | 1,952.43 |
| Immigration Payment | | 300.00 | 1,652.43 |
| Supplies | | 60.26 | 1,592.17 |
| Telephone | | 1.71 | 1,590.46 |
| Fuel | | 77.56 | 1,512.90 |
| Child Support | | 1,000.00 | 512.90 |
| Fuel | | 40.00 | 472.90 |
| Telephone | | 49.98 | 422.92 |
| Fuel | | 83.00 | 339.92 |
| Telephone | | 48.12 | 291.80 |
| Wages | 1,000.00 | | 1,291.80 |
| Telephone | | 10.69 | 1,281.11 |
| Telephone | | 1.06 | 1,280.05 |
| Telephone | | 1.06 | 1,278.99 |
| Telephone | | 8.55 | 1,270.44 |
| Interest Income | 0.01 | | 1,270.45 |
| | 7,114.56 | 5,844.11 | 1,270.45 |
| | 7,414.56 | 5,844.11 | 1,570.45 |

24 de febrero de 2022

Página 2 de 5



Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

## Resumen de la actividad del período de estado de cuenta

| | |
|---|---|
| Saldo inicial al 1/27 | $1,650.00 |
| Depósitos/Adiciones | 300.00 |
| Retiros/Deducciones | - 0.00 |
| **Saldo final al 2/24  (mes/día)** | **$1,950.00** |

Número de cuenta:

**YOEL MANUEL BACALLAO**

*Florida:  Se aplican los términos y condiciones de la cuenta*

Para Depósitos Directos utilice
el número de tránsito interbancario (RTN):  063107513

### Protección contra Sobregiros
Actualmente, esta cuenta no está cubierta por Protección contra Sobregiros. Si desea más información acerca de la Protección contra Sobregiros y los requisitos de elegibilidad, sírvase llamar al número que aparece en su estado de cuenta o visite la sucursal de Wells Fargo de su localidad.

## Historial de transacciones

Traducciones de términos de transacciones

- ATM Withdrawal = Retiro de Cajero Automático (ATM)
- Automatic Transfer = Transferencia Automática
- Purchase = Compra
- Direct Deposit = Depósito Directo
- Interest Payment = Pago de Intereses
- Monthly Service Fee = Cargo Mensual por Servicio

- Non-Wells Fargo ATM Transaction Fee = Cargo por Transacción de Cajero Automático (ATM) que no pertenece a Wells Fargo
- NSF Return Item Fee = Cargo por Partida Devuelta por Insuficiencia de Fondos
- Online Transfer = Transferencia por Internet
- Overdraft Fee = Cargo por Sobregiro
- Overdraft Protection = Protección contra Sobregiros

| Fecha (mes/día) | Número de cheque | Descripción | Depósitos/ Adiciones | Retiros/ Deducciones | Saldo diario final |
|---|---|---|---|---|---|
| 2/3 | | Zelle From Cruz Dailin on 02/02 Ref # Pp0Q85T46C | 300.00 | | 1,950.00 |
| **Saldo final al 2/24** | | | | | **1,950.00** |
| **Totales** | | | **$300.00** | **$0.00** | |

*El Saldo Diario Final no refleja ningún retiro o retención pendientes sobre fondos depositados que puedan haber estado pendientes en la cuenta cuando se asentaron sus transacciones.  Si no tenía fondos disponibles suficientes cuando se asentó una transacción, es posible que se hayan impuesto algunos cargos.*

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Resumen del cargo mensual por servicio

Para obtener una lista completa de los cargos e información detallada de la cuenta, consulte las declaraciones informativas correspondientes a su cuenta o hable con un representante bancario. Visite wellsfargo.com/feefaq para acceder a un enlace a estos documentos y las respuestas a preguntas comunes sobre el cargo mensual por servicio.

| Período correspondiente al cargo 01/27/2022 - 02/24/2022 | Cargo mensual por servicio estándar $12.00 | Usted pagó $0.00 |
|---|---|---|
| El banco se le ha eximido del pago del cargo para este período correspondiente al cargo. | | |

| Cómo evitar el cargo mensual por servicio | Mínimo requerido | Este período del cargo |
|---|---|---|
| Cumplir con **UNO** de los siguientes requisitos de la cuenta | | |
| · Saldo diario mínimo | $500.00 | $1,650.00 ☑ |
| · Monto total de depósitos directos que califican | $500.00 | $0.00 ☐ |

JC/JC

February 28, 2022



# Wells Fargo Portfolio Checking

This is your primary checking account in your Portfolio by Wells Fargo program

## Statement period activity summary

| | |
|---|---|
| Balance on 2/1 | 861.68 |
| Deposits/Additions | 7,114.56 |
| Withdrawals/Subtractions | - 5,844.11 |
| **Balance on 2/28** | **$2,132.13** |

Account numbe

**YOEL M. BACALLAO**
**DEBTOR IN POSSESSION**
**CH 11 CASE #21-00938 (MS)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*MISSISSIPPI account terms and conditions apply*

Questions about your account: **1-800-742-4932**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Interest earned this statement period | $0.01 |
| Average collected balance | $1,401.83 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.02 |
| Total interest paid in **2021** | $0.09 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 2/1** | | | | | **861.68** |
| 2/2 | NSF Return Item Fee For A Transaction Received On 02/01 $1,175.59 Nationstar DBA MR Cooper 220201 0672313038 Yoel Bacallao | | | 35.00 | |
| 2/2 | Portfolio By Wells Fargo Mnthly Srvc Fee | | | 25.00 | 801.68 |
| 2/3 | Purchase Authorized On 02/02 Appa Mia 302-440-1448 DE S302033730493014 Card 4344 | | | 49.98 | 751.70 |
| 2/7 | eDeposit IN Branch/Store 02/07/22 04:31:13 Pm 2299 Lakeland Dr Flowood MS | | 3,114.55 | | |
| 2/7 | Recurring Payment Authorized On 02/04 Apple.Com/Bill 866-712-7753 CA S382035582010600 Card 4344 | | | 8.55 | |
| 2/7 | Recurring Payment Authorized On 02/06 Apple.Com/Bill 866-712-7753 CA S462037524799027 Card 4344 | | | 5.34 | |
| 2/7 | Purchase Authorized On 02/06 Stratosphere Hotel Stratosphereh NV S462038035977537 Card 4344 | | | 50.00 | |
| 2/7 | Terminix Checks 220204 2202040000002 13752724/0002146/2630 | | | 119.02 | 3,683.34 |
| 2/8 | Mbfs Web Pay 220207 5001985592001 Charlene Pina-Garcia | | | 892.97 | 2,790.37 |
| 2/9 | Recurring Payment Authorized On 02/08 Netflix.Com 866-5797172 CA S582039450675238 Card 4344 | | | 19.25 | |
| 2/9 | Ford Credit Auto Pymt Feb 22 20600332020722 Yoel Bacallao | | | 745.26 | |
| 2/9 | Ford Credit Auto Pymt Feb 22 20600354020722 Yoel M Bacallao | | | 1,476.32 | 549.54 |
| 2/10 | Mobile Deposit : Ref Number :408100032147 | | 1,000.00 | | 1,549.54 |
| 2/11 | Mobile Deposit : Ref Number :912110590453 | | 1,000.00 | | |
| 2/11 | Purchase Authorized On 02/11 Cvs/Pharmacy #05 05878--9 Richland MS P462042774161388 Card 4344 | | | 3.81 | 2,545.73 |
| 2/14 | Recurring Payment Authorized On 02/11 Apple.Com/Bill 866-712-7753 CA S462042582339558 Card 4344 | | | 8.55 | |
| 2/14 | Recurring Payment Authorized On 02/13 Apple.Com/Bill 866-712-7753 CA S382044484844605 Card 4344 | | | 10.69 | |
| 2/14 | Purchase Authorized On 02/14 Kroger #4 1075 Spillwa Brandon MS P000000477522861 Card 4344 | | | 38.51 | 2,487.98 |
| 2/15 | Purchase Authorized On 02/14 Appa Mia 302-440-1448 DE S462045537255239 Card 4344 | | | 72.39 | |

151356

February 28, 2022



## ⟲ Wells Fargo Portfolio Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 2/15 | Recurring Payment Authorized On 02/14 Apple.Com/Bill 866-712-7753 CA S582045678517877 Card 4344 | | | 1.65 | |
| 2/15 | Check | 118 | | 350.00 | 2,063.94 |
| 2/16 | Purchase Authorized On 02/14 Apple.Com/Bill 866-712-7753 CA S462046101050933 Card 4344 | | | 4.27 | |
| 2/16 | Purchase Authorized On 02/15 Appa Mia 302-440-1448 DE S582047028789661 Card 4344 | | | 74.97 | 1,984.70 |
| 2/17 | Purchase Authorized On 02/16 Apple.Com/Bill 866-712-7753 CA S462047462654004 Card 4344 | | | 5.34 | |
| 2/17 | Purchase Authorized On 02/16 Apple.Com/Bill 866-712-7753 CA S582047526313888 Card 4344 | | | 5.34 | |
| 2/17 | Purchase Authorized On 02/16 Apple.Com/Bill 866-712-7753 CA S382047526588316 Card 4344 | | | 5.34 | 1,968.68 |
| 2/18 | Mobile Deposit : Ref Number :015180390472 | | 1,000.00 | | |
| 2/18 | Recurring Payment Authorized On 02/16 Autopay/Dish Ntwk 800-333-3474 CO S582048177421795 Card 4344 | | | 49.97 | |
| 2/18 | Purchase Authorized On 02/17 Apple.Com/Bill 866-712-7753 CA S462048745513656 Card 4344 | | | 4.27 | 2,914.44 |
| 2/22 | Purchase Authorized On 02/15 WWW.Cvs.Com 800-746-7287 RI S302047145694148 Card 4344 | | | 70.39 | |
| 2/22 | Recurring Payment Authorized On 02/18 Apple.Com/Bill 408-974-1010 CA S382049583241284 Card 4344 | | | 8.55 | |
| 2/22 | Purchase Authorized On 02/19 Apple.Com/Bill 866-712-7753 CA S382051077399277 Card 4344 | | | 21.39 | |
| 2/22 | Purchase Authorized On 02/19 Freedom Federal Bo 832-252-7132 TX S462051262781065 Card 4344 | | | 300.00 | |
| 2/22 | Purchase Authorized On 02/20 Amzn Mktp US*Qw4Ew Amzn.Com/Bill WA S302051342226562 Card 4344 | | | 60.26 | |
| 2/22 | Purchase Authorized On 02/21 Apple.Com/Bill 866-712-7753 CA S462053090682067 Card 4344 | | | 1.71 | |
| 2/22 | Purchase Authorized On 02/22 Shell Service Station Flowood MS P462053760784186 Card 4344 | | | 77.56 | |
| 2/22 | Check | 117 | | 1,000.00 | 1,374.58 |
| 2/23 | Purchase Authorized On 02/21 Cappy's 9 Ridgeland MS S582052616848833 Card 4344 | | | 40.00 | |
| 2/23 | Purchase Authorized On 02/22 Appa Mia 302-440-1448 DE S302053787186064 Card 4344 | | | 49.98 | |
| 2/23 | Purchase Authorized On 02/23 Raceway 6851 Pearl MS P582054805713250 Card 4344 | | | 83.00 | 1,201.60 |
| 2/24 | Purchase Authorized On 02/22 Apple.Com/Bill 866-712-7753 CA S382054155037065 Card 4344 | | | 48.12 | 1,153.48 |
| 2/25 | Mobile Deposit : Ref Number :315250967096 | | 1,000.00 | | 2,153.48 |
| 2/28 | Purchase Authorized On 02/24 Apple.Com/Bill 800-275-2273 CA S462056097884033 Card 4344 | | | 10.69 | |
| 2/28 | Purchase Authorized On 02/24 Apple.Com/Bill 800-275-2273 CA S302056097899339 Card 4344 | | | 1.06 | |
| 2/28 | Purchase Authorized On 02/24 Apple.Com/Bill 800-275-2273 CA S582056099694804 Card 4344 | | | 1.06 | |
| 2/28 | Recurring Payment Authorized On 02/25 Apple.Com/Bill 866-712-7753 CA S382056584032994 Card 4344 | | | 8.55 | |
| 2/28 | Interest Payment | | 0.01 | | 2,132.13 |
| **Ending balance on 2/28** | | | | | **2,132.13** |
| **Totals** | | | **$7,114.56** | **$5,844.11** | |

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|
| 117 | 2/22 | 1,000.00 | 118 | 2/15 | 350.00 |

151357

2:40 PM

03/15/22

# Yoel M. Bacallao
# Reconciliation Detail
### Wells Fargo Portfolio Checking, Period Ending 02/28/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 861.68 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 41 items** | | | | | | |
| Check | 02/02/2022 | | Wells Fargo | X | -35.00 | -35.00 |
| Check | 02/02/2022 | | Wells Fargo | X | -25.00 | -60.00 |
| Check | 02/03/2022 | | Appa Mia | X | -49.98 | -109.98 |
| Check | 02/07/2022 | | Terminix | X | -119.02 | -229.00 |
| Check | 02/07/2022 | | Stratosphere Hotel | X | -50.00 | -279.00 |
| Check | 02/07/2022 | | Apple.com | X | -8.55 | -287.55 |
| Check | 02/07/2022 | | Apple.com | X | -5.34 | -292.89 |
| Check | 02/08/2022 | | Web Pay | X | -892.97 | -1,185.86 |
| Check | 02/09/2022 | | Ford Credit | X | -1,476.32 | -2,662.18 |
| Check | 02/09/2022 | | Ford Credit | X | -745.26 | -3,407.44 |
| Check | 02/09/2022 | | Netflix | X | -19.25 | -3,426.69 |
| Check | 02/11/2022 | | CVS Pharmacy | X | -3.81 | -3,430.50 |
| Check | 02/14/2022 | | Kroger | X | -38.51 | -3,469.01 |
| Check | 02/14/2022 | | Apple.corn | X | -10.69 | -3,479.70 |
| Check | 02/14/2022 | | Apple.com | X | -8.55 | -3,488.25 |
| Check | 02/15/2022 | 118 | HarbonPines Mobile... | X | -350.00 | -3,838.25 |
| Check | 02/15/2022 | | Appa Mia | X | -72.39 | -3,910.64 |
| Check | 02/15/2022 | | Apple.com | X | -1.65 | -3,912.29 |
| Check | 02/16/2022 | | Appa Mia | X | -74.97 | -3,987.26 |
| Check | 02/16/2022 | | Apple.com | X | -4.27 | -3,991.53 |
| Check | 02/17/2022 | | Apple.com | X | -5.34 | -3,996.87 |
| Check | 02/17/2022 | | Apple.com | X | -5.34 | -4,002.21 |
| Check | 02/17/2022 | | Apple.com | X | -5.34 | -4,007.55 |
| Check | 02/18/2022 | | Dish Network | X | -49.97 | -4,057.52 |
| Check | 02/18/2022 | | Apple.com | X | -4.27 | -4,061.79 |
| Check | 02/22/2022 | 117 | Olivia Portilla | X | -1,000.00 | -5,061.79 |
| Check | 02/22/2022 | | Freedom Federal | X | -300.00 | -5,361.79 |
| Check | 02/22/2022 | | Shell Service Station | X | -77.56 | -5,439.35 |
| Check | 02/22/2022 | | CVS Pharmacy | X | -70.39 | -5,509.74 |
| Check | 02/22/2022 | | Amazon | X | -60.26 | -5,570.00 |
| Check | 02/22/2022 | | Apple.com | X | -21.39 | -5,591.39 |
| Check | 02/22/2022 | | Apple.com | X | -8.55 | -5,599.94 |
| Check | 02/22/2022 | | Apple.com | X | -1.71 | -5,601.65 |
| Check | 02/23/2022 | | Raceway | X | -83.00 | -5,684.65 |
| Check | 02/23/2022 | | Appa Mia | X | -49.98 | -5,734.63 |
| Check | 02/23/2022 | | Cappy's | X | -40.00 | -5,774.63 |
| Check | 02/24/2022 | | Apple.com | X | -48.12 | -5,822.75 |
| Check | 02/28/2022 | | Apple.com | X | -10.69 | -5,833.44 |
| Check | 02/28/2022 | | Apple.com | X | -8.55 | -5,841.99 |
| Check | 02/28/2022 | | Apple.com | X | -1.06 | -5,843.05 |
| Check | 02/28/2022 | | Apple.com | X | -1.06 | -5,844.11 |
| | **Total Checks and Payments** | | | | **-5,844.11** | **-5,844.11** |
| | **Deposits and Credits - 6 items** | | | | | |
| Deposit | 02/07/2022 | | | X | 3,114.55 | 3,114.55 |
| Deposit | 02/10/2022 | | | X | 1,000.00 | 4,114.55 |
| Deposit | 02/11/2022 | | | X | 1,000.00 | 5,114.55 |
| Deposit | 02/18/2022 | | | X | 1,000.00 | 6,114.55 |
| Deposit | 02/25/2022 | | | X | 1,000.00 | 7,114.55 |
| Deposit | 02/28/2022 | | Wells Fargo | X | 0.01 | 7,114.56 |
| | **Total Deposits and Credits** | | | | **7,114.56** | **7,114.56** |
| | **Total Cleared Transactions** | | | | **1,270.45** | **1,270.45** |
| **Cleared Balance** | | | | | 1,270.45 | 2,132.13 |
| Register Balance as of 02/28/2022 | | | | | 1,270.45 | 2,132.13 |
| **Ending Balance** | | | | | **1,270.45** | **2,132.13** |

2:43 PM

03/15/22

# Yoel M. Bacallao
## Reconciliation Detail
**Wells Fargo - Way2Save Checking, Period Ending 02/24/2022**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,650.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 02/03/2022 | | | X | 300.00 | 300.00 |
| Total Deposits and Credits | | | | | 300.00 | 300.00 |
| Total Cleared Transactions | | | | | 300.00 | 300.00 |
| Cleared Balance | | | | | 300.00 | 1,950.00 |
| Register Balance as of 02/24/2022 | | | | | 300.00 | 1,950.00 |
| **Ending Balance** | | | | | **300.00** | **1,950.00** |

**Page 1**