# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In Re. YOEL M BACALLAO § Case No. 21-00938
§
§
_____ §
Debtor(s) §
☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2022          Petition Date: 05/25/2021

Months Pending: 10                           Industry Classification: 0 0 0 0

Reporting Method:     Accrual Basis ○     Cash Basis ●

Debtor's Full-Time Employees (current):                         0

Debtor's Full-Time Employees (as of date of order for relief):  0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Yoel Bacallao (see attached signature)          Yoel Bacallao
Signature of Responsible Party                      Printed Name of Responsible Party

05/02/2022
Date
                                                    348 Lakeview Road, Ridgeland, Mississippi 39157
                                                    Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name YOEL M BACALLAO

Case No. 21-00938

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $4,082 | |
| b. | Total receipts (net of transfers between accounts) | $7,711 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $9,337 | $0 |
| d. | Cash balance end of month (a+b-c) | $2,457 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $9,337 | $0 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory  (Book ◯  Market ◯  Other ⦿  (attach explanation)) | $0 |
| d. | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)   2

Debtor's Name YOEL M BACALLAO                                          Case No. 21-00938

|    | xcix |   |   |   |   |   |
|----|------|---|---|---|---|---|
|    | c    |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6: Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions)   Yes ●   No ○   only secured
b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)   Yes ○   No ●
c. Were any payments made to or on behalf of insiders?   Yes ○   No ●
d. Are you current on postpetition tax return filings?   Yes ○   No ●
e. Are you current on postpetition estimated tax payments?   Yes ○   No ●
f. Were all trust fund taxes remitted on a current basis?   Yes ●   No ○
g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ●
h. Were all payments made to or on behalf of professionals approved by the court?   Yes ●   No ○   N/A ○
i. Do you have:   Worker's compensation insurance?   Yes ○   No ●
    If yes, are your premiums current?   Yes ○   No ○   N/A ●   (if no, see Instructions)
    Casualty/property insurance?   Yes ●   No ○
    If yes, are your premiums current?   Yes ●   No ○   N/A ○   (if no, see Instructions)
    General liability insurance?   Yes ●   No ○
    If yes, are your premiums current?   Yes ●   No ○   N/A ○   (if no, see Instructions)
j. Has a plan of reorganization been filed with the court?   Yes ●   No ○
k. Has a disclosure statement been filed with the court?   Yes ○   No ●
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●   No ○

UST Form 11-MOR (12/01/2021)                     8

Debtor's Name YOEL M BACALLAO        Case No. 21-00938

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $4,000 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $597 |
| d. | Total income in the reporting period (a+b+c) | $4,597 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $4,903 |
| h. | All other expenses | $1,319 |
| i. | Total expenses in the reporting period (e+f+g+h) | $6,222 |
| j. | Difference between total income and total expenses (d-i) | $-1,625 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ● No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ● No ○ N/A ○ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Yoel Bacallao (see attached signature) | Yoel Bacallao |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 05/02/2022 |
| Title | Date |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

[Clear All Fields]
[Save]

In Re. YOEL M BACALLAO § Case No. 21-00938
§
§
_____ §
Debtor(s) §

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2022          Petition Date: 05/25/2021

Months Pending: 10          Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:     Accrual Basis ☐     Cash Basis ☉

Debtor's Full-Time Employees (current):     0

Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Yoel Bacallao (see attached signature)          Yoel Bacallao
Signature of Responsible Party          Printed Name of Responsible Party

05/02/2022
Date

348 Lakeview Road, Ridgeland, Mississippi 39157
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name YOEL M BACALLAO  [Save]  Case No. 21-00938

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◯  No ◯

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $4,000 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $597 |
| d. | Total income in the reporting period (a+b+c) | $4,597 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | |
| g. | Living expenses | $4,903 |
| h. | All other expenses | $1,319 |
| i. | Total expenses in the reporting period (e+f+g+h) | $6,222 |
| j. | Difference between total income and total expenses (d-i) | $-1,625 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⦿ No ◯ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⦿ No ◯ N/A ◯ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Yoel Bacallao (see attached signature)    Yoel Bacallao
Signature of Responsible Party    Printed Name of Responsible Party
Debtor    05/02/2022
Title    Date

[Save]   [Generate PDF for Court Filing and Remove Watermark]

UST Form 11-MOR (12/01/2021)        4

# Yoel M. Bacallao
# PERSONAL INCOME STATEMENT
### March 2022

|  | Mar 22 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Wages | 4,000.00 |
|   **Total Income** | 4,000.00 |
|   **Expense** | |
|     **Living Expenses** | |
|       Supplies | 125.31 |
|       Auto Payment | 0.00 |
|       Fuel | 134.61 |
|       Meals | 73.13 |
|       Medical Expenses | 1,000.00 |
|       Mortgage | 2,063.55 |
|       Rent | 700.00 |
|       Repairs & Maintenance | 183.22 |
|       Telephone | 97.96 |
|       Utilities | 525.00 |
|     **Total Living Expenses** | 4,902.78 |
|     **Other Expenses** | |
|       **Domestice Support Obligation** | |
|         Child Support | 600.00 |
|       **Total Domestice Support Obligation** | 600.00 |
|       Entertainment | 19.25 |
|       Gifts | 700.00 |
|     **Total Other Expenses** | 1,319.25 |
|   **Total Expense** | 6,222.03 |
| **Net Ordinary Income** | -2,222.03 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Other Income | 596.77 |
|     Interest Income | 0.02 |
|   **Total Other Income** | 596.79 |
| **Net Other Income** | 596.79 |
| **Net Income** | **-1,625.24** |

2:49 PM
04/12/22
Accrual Basis

# Yoel M. Bacallao
## CASH RECEIPTS AND DISBURSEMENTS
### March 2022

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Wells Fargo Portfolio Checking** | | | | | | | | |
| Check | 03/01/2022 | | Nationstar DBA Mr. … | | Mortgage | | 1,175.59 | -1,175.59 |
| Check | 03/04/2022 | | Terminix | | Repairs & Maintenance | | 64.20 | -1,239.79 |
| Deposit | 03/04/2022 | | | Deposit | Wages | 1,000.00 | | -239.79 |
| Check | 03/07/2022 | | Zelle | Benitez Dailin-girlfriend | Gifts | | 400.00 | -639.79 |
| Check | 03/07/2022 | | Terminix | | Repairs & Maintenance | | 119.02 | -758.81 |
| Deposit | 03/07/2022 | | | Deposit-refund from a warranty on Porsche | Other Income | 527.29 | | -231.52 |
| Deposit | 03/08/2022 | | | Deposit | Auto Payment | 3,114.55 | | 2,883.03 |
| Deposit | 03/08/2022 | | | Deposit-unknown | Other Income | 69.48 | | 2,952.51 |
| Check | 03/09/2022 | | Ford Credit | | Auto Payment | | 745.26 | 2,207.25 |
| Check | 03/09/2022 | | Web Pay | Yoel Ballao-van payment | Auto Payment | | 892.97 | 1,314.28 |
| Check | 03/09/2022 | | Ford Credit | | Auto Payment | | 1,476.32 | -162.04 |
| Deposit | 03/11/2022 | | | Deposit | Wages | 1,000.00 | | 837.96 |
| Deposit | 03/18/2022 | | | Deposit | Wages | 1,000.00 | | 1,837.96 |
| Deposit | 03/25/2022 | | | Deposit | Wages | 1,000.00 | | 2,837.96 |
| Check | 03/25/2022 | | Appa Mia | | Telephone | | 97.96 | 2,740.00 |
| Check | 03/28/2022 | | Lake Harbon Trade … | | Fuel | | 134.61 | 2,605.39 |
| Check | 03/28/2022 | | Domino's | | Meals | | 54.27 | 2,551.12 |
| Check | 03/28/2022 | | Zelle | Benitez Dailin-girlfriend | Gifts | | 300.00 | 2,251.12 |
| Check | 03/28/2022 | | Netflix | | Entertainment | | 19.25 | 2,231.87 |
| Check | 03/28/2022 | | Olivia Portilla | | Child Support | | 600.00 | 1,631.87 |
| Check | 03/28/2022 | 119 | HarbonPines Mobile … | Lot 75 | Rent | | 350.00 | 1,281.87 |
| Check | 03/28/2022 | 120 | HarbonPines Mobile … | Lot 75 | Rent | | 350.00 | 931.87 |
| Check | 03/29/2022 | 121 | Amazon | | Supplies | | 125.31 | 806.56 |
| Check | 03/30/2022 | | The Womans Clinic | | Medical Expenses | | 1,000.00 | -193.44 |
| Check | 03/30/2022 | | Grand China Sushi | | Meals | | 18.86 | -212.30 |
| Check | 03/30/2022 | | Entergy | | Utilities | | 525.00 | -737.30 |
| Check | 03/31/2022 | | Nationstar DBA Mr. … | | Mortgage | | 887.96 | -1,625.26 |
| Deposit | 03/31/2022 | | | Interest | Interest Income | 0.02 | | -1,625.24 |
| **Total Wells Fargo Portfolio Checking** | | | | | | 7,711.34 | 9,336.58 | -1,625.24 |
| **TOTAL** | | | | | | 7,711.34 | 9,336.58 | -1,625.24 |

Page 1

March 31, 2022



# Wells Fargo Portfolio Checking

This is your primary checking account in your Portfolio by Wells Fargo program

### Statement period activity summary

| | |
|---|---|
| Balance on 3/1 | 2,132.13 |
| Deposits/Additions | 7,711.34 |
| Withdrawals/Subtractions | - 9,336.58 |
| **Balance on 3/31** | **$506.89** |

Account number: ▮▮▮▮5225
**YOEL M. BACALLAO**
**DEBTOR IN POSSESSION**
**CH 11 CASE #21-00938 (MS)**
*Wells Fargo Bank, N.A. (Member FDIC)*
*MISSISSIPPI account terms and conditions apply*
Questions about your account: **1-800-742-4932**

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Interest earned this statement period | $0.02 |
| Average collected balance | $2,449.88 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.04 |
| Total interest paid in **2021** | $0.09 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 3/1** | | | | | **2,132.13** |
| 3/1 | Nationstar DBA MR Cooper 220301 0672313038 Yoel Bacallao | | | 1,175.59 | 956.54 |
| 3/4 | Mobile Deposit : Ref Number :112040875569 | | 1,000.00 | | |
| 3/4 | Terminix Checks 220303 2203030000002 13752724/0002430/2630 | | | 64.20 | 1,892.34 |
| 3/7 | Mobile Deposit : Ref Number :213060658993 | | 527.29 | | |
| 3/7 | Zelle to Benitez Dailin On 03/06 Ref #Pp0Q9X4P9G | | | 400.00 | |
| 3/7 | Terminix Checks 220304 2203040000002 13752724/0002466/2630 | | | 119.02 | 1,900.61 |
| 3/8 | Card Final Credit 20225223513 | | 69.48 | | |
| 3/8 | Mobile Deposit : Ref Number :607080356105 | | 3,114.55 | | 5,084.64 |
| 3/9 | Ford Credit Auto Pymt Mar 22 20798127030822 Yoel Bacallao | | | 745.26 | |
| 3/9 | Mbfs Web Pay 220308 5001985592001 Charlene Pina-Garcia | | | 892.97 | |
| 3/9 | Ford Credit Auto Pymt Mar 22 20798153030822 Yoel M Bacallao | | | 1,476.32 | 1,970.09 |
| 3/11 | Mobile Deposit : Ref Number :115110896408 | | 1,000.00 | | 2,970.09 |
| 3/18 | Mobile Deposit : Ref Number :716180645266 | | 1,000.00 | | 3,970.09 |
| 3/25 | Mobile Deposit : Ref Number :015250234326 | | 1,000.00 | | |
| 3/25 | Purchase Authorized On 03/24 Appa Mia 302-440-1448 DE S462083580520694 Card 9917 | | | 97.96 | 4,872.13 |
| 3/28 | Purchase Authorized On 03/25 Lake Harbor Brandon MS S382084581400901 Card 9917 | | | 134.61 | |
| 3/28 | Purchase Authorized On 03/25 Domino's 5936 601-845-5131 MS S582084624927264 Card 9917 | | | 54.27 | |
| 3/28 | Zelle to Benitez Dailin On 03/26 Ref #Pp0Qc2N45T | | | 300.00 | |
| 3/28 | Recurring Payment Authorized On 03/27 Netflix.Com Netflix.Com CA S582087019805786 Card 9917 | | | 19.25 | |
| 3/28 | Check | 119 | | 600.00 | |
| 3/28 | Check | 120 | | 350.00 | |
| 3/28 | Check | 121 | | 350.00 | 3,064.00 |
| 3/29 | Purchase Authorized On 03/28 Amzn Mktp US*1661O Amzn.Com/Bill WA S582087823434613 Card 9917 | | | 125.31 | 2,938.69 |
| 3/30 | Purchase Authorized On 03/29 The Womans Clinic Jackson MS S382088590458130 Card 9917 | | | 1,000.00 | |

March 31, 2022



## Wells Fargo Portfolio Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 3/30 | Purchase Authorized On 03/29 Grand China Sushi Ridgeland MS S302088642744411 Card 9917 | | | 18.86 | |
| 3/30 | Entergy Services Bill Pay 7770146011962 Yoel M Bacallao | | | 525.00 | 1,394.83 |
| 3/31 | Nationstar DBA MR Cooper 220331 0672313038 Yoel Bacallao | | | 887.96 | |
| 3/31 | Interest Payment | | 0.02 | | 506.89 |
| **Ending balance on 3/31** | | | | | **506.89** |
| **Totals** | | | **$7,711.34** | **$9,336.58** | |

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 119 | 3/28 | 600.00 | 120 | 3/28 | 350.00 | 121 | 3/28 | 350.00 |

**Summary of Overdraft and Returned Item Fees**

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

---

**Important Account Information**

**Elimination of Returned Item (Non-sufficient Funds/NSF) Fee for Consumer Accounts:** Under the terms of your account agreement, when certain transactions are presented for payment in an amount that is more than your available balance, Wells Fargo may either (1) pay the item into overdraft at our discretion and assess an overdraft fee, or (2) return the item unpaid and assess a Returned item/Non-sufficient funds (NSF) fee. **Effective March 7, 2022 (For Consumer Accounts Only),** we will no longer charge a NSF fee on items we return unpaid due to non-sufficient funds. **Overdraft fees will continue to apply to any items we pay into overdraft at our discretion, according to the terms of your account.** Third parties or other banks may still charge fees for returned items.

For current versions of your Deposit Account Agreement, Fee and Information Schedule, and applicable addenda, please visit www.wellsfargo.com/online-banking/consumer-account-fees/.



23 de marzo de 2022
Página 2 de 5



Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

### Resumen de la actividad del período de estado de cuenta

| | |
|---|---:|
| Saldo inicial al 2/25 | $1,950.00 |
| Depósitos/Adiciones | 0.00 |
| Retiros/Deducciones | - 0.00 |
| **Saldo final al 3/23 (mes/dia)** | **$1,950.00** |

Número de cuenta: ▆▆▆▆0743
**YOEL MANUEL BACALLAO**

*Florida: Se aplican los términos y condiciones de la cuenta*

Para Depósitos Directos utilice
el número de tránsito interbancario (RTN): 063107513

#### Protección contra Sobregiros
Actualmente, esta cuenta no está cubierta por Protección contra Sobregiros. Si desea más información acerca de la Protección contra Sobregiros y los requisitos de elegibilidad, sírvase llamar al número que aparece en su estado de cuenta o visite la sucursal de Wells Fargo de su localidad.

#### Resumen del cargo mensual por servicio

Para obtener una lista completa de los cargos e información detallada de la cuenta, consulte las declaraciones informativas correspondientes a su cuenta o hable con un representante bancario. Visite wellsfargo.com/feefaq para acceder a un enlace a estos documentos y las respuestas a preguntas comunes sobre el cargo mensual por servicio.

| Período correspondiente al cargo 02/25/2022 - 03/23/2022 | Cargo mensual por servicio estándar $12.00 | Usted pagó $0.00 |
|---|---|---|
| El banco se le ha eximido del pago del cargo para este período correspondiente al cargo. | | |
| **Cómo evitar el cargo mensual por servicio** | Mínimo requerido | Este período del cargo |
| Cumplir con **UNO** de los siguientes requisitos de la cuenta | | |
| · Saldo diario mínimo | $500.00 | $1,950.00 ✓ |
| · Monto total de depósitos directos que califican | $500.00 | $0.00 ☐ |

JC/JC



# ✓ INFORMACIÓN IMPORTANTE DE LA CUENTA

**Eliminación del Cargo por Partida Devuelta (Fondos Insuficientes/NSF, por sus siglas en inglés) para las cuentas al consumidor:**
En virtud de los términos y condiciones de su contrato de cuenta, cuando determinadas transacciones se presentan para el pago por un monto superior a su saldo disponible, Wells Fargo podrá (1) pagar la partida en concepto de sobregiro a nuestro criterio y cobrar un cargo por sobregiro, o (2) devolver la partida sin pagar y cobrar un cargo por partida devuelta/fondos insuficientes (NSF). **Vigente a partir del 7 de marzo de 2022 (para cuentas al consumidor únicamente),** ya no cobraremos un cargo por fondos insuficientes sobre las partidas que devolvamos sin pagar debido a fondos insuficientes. **Se seguirán aplicando cargos por sobregiro a toda partida que paguemos en concepto de sobregiro a nuestro criterio, de acuerdo con los términos y condiciones de su cuenta.** Terceros u otros bancos aún podrían cobrar cargos por partidas devueltas.

Para las versiones actuales de su Contrato de la Cuenta de Depósito, Programa de Cargos e Información y los suplementos correspondientes, visite www.wellsfargo.com/es/online-banking/consumer-account-fees/.

**Elimination of Returned Item (Non-sufficient Funds/NSF) Fee for Consumer Accounts:** Under the terms of your account agreement, when certain transactions are presented for payment in an amount that is more than your available balance, Wells Fargo may either (1) pay the item into overdraft at our discretion and assess an overdraft fee, or (2) return the item unpaid and assess a Returned item/Non-sufficient funds (NSF) fee. **Effective March 7, 2022 (For Consumer Accounts Only),** we will no longer charge a NSF fee on items we return unpaid due to non-sufficient funds. **Overdraft fees will continue to apply to any items we pay into**

11:06 AM
04/05/22

# Yoel M. Bacallao
# Reconciliation Detail
## Wells Fargo Portfolio Checking, Period Ending 03/31/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 2,132.13 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 20 items** | | | | | | |
| Check | 03/01/2022 | | Nationstar DBA Mr. ... | X | -1,175.59 | -1,175.59 |
| Check | 03/04/2022 | | Terminix | X | -64.20 | -1,239.79 |
| Check | 03/07/2022 | | Zelle | X | -400.00 | -1,639.79 |
| Check | 03/07/2022 | | Terminix | X | -119.02 | -1,758.81 |
| Check | 03/09/2022 | | Ford Credit | X | -1,476.32 | -3,235.13 |
| Check | 03/09/2022 | | Web Pay | X | -892.97 | -4,128.10 |
| Check | 03/09/2022 | | Ford Credit | X | -745.26 | -4,873.36 |
| Check | 03/25/2022 | | Appa Mia | X | -97.96 | -4,971.32 |
| Check | 03/28/2022 | 119 | Olivia Portilla | X | -600.00 | -5,571.32 |
| Check | 03/28/2022 | 121 | HarbonPines Mobile... | X | -350.00 | -5,921.32 |
| Check | 03/28/2022 | 120 | HarbonPines Mobile... | X | -350.00 | -6,271.32 |
| Check | 03/28/2022 | | Zelle | X | -300.00 | -6,571.32 |
| Check | 03/28/2022 | | Lake Harbon Trade ... | X | -134.61 | -6,705.93 |
| Check | 03/28/2022 | | Domino's | X | -54.27 | -6,760.20 |
| Check | 03/28/2022 | | Netflix | X | -19.25 | -6,779.45 |
| Check | 03/29/2022 | | Amazon | X | -125.31 | -6,904.76 |
| Check | 03/30/2022 | | The Womans Clinic | X | -1,000.00 | -7,904.76 |
| Check | 03/30/2022 | | Entergy | X | -525.00 | -8,429.76 |
| Check | 03/30/2022 | | Grand China Sushi | X | -18.86 | -8,448.62 |
| Check | 03/31/2022 | | Nationstar DBA Mr. ... | X | -887.96 | -9,336.58 |
| Total Checks and Payments | | | | | -9,336.58 | -9,336.58 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 03/04/2022 | | | X | 1,000.00 | 1,000.00 |
| Deposit | 03/07/2022 | | | X | 527.29 | 1,527.29 |
| Deposit | 03/08/2022 | | | X | 69.48 | 1,596.77 |
| Deposit | 03/08/2022 | | | X | 3,114.55 | 4,711.32 |
| Deposit | 03/11/2022 | | | X | 1,000.00 | 5,711.32 |
| Deposit | 03/18/2022 | | | X | 1,000.00 | 6,711.32 |
| Deposit | 03/25/2022 | | | X | 1,000.00 | 7,711.32 |
| Deposit | 03/31/2022 | | | X | 0.02 | 7,711.34 |
| Total Deposits and Credits | | | | | 7,711.34 | 7,711.34 |
| Total Cleared Transactions | | | | | -1,625.24 | -1,625.24 |
| **Cleared Balance** | | | | | -1,625.24 | 506.89 |
| Register Balance as of 03/31/2022 | | | | | -1,625.24 | 506.89 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 04/01/2022 | 122 | HarbonPines Mobile... | | -350.00 | -350.00 |
| Check | 04/01/2022 | | AT&T | | -151.37 | -501.37 |
| Check | 04/04/2022 | | Freedom Federal | | -300.00 | -801.37 |
| Check | 04/04/2022 | | Wal-Mart | | -99.25 | -900.62 |
| Check | 04/05/2022 | | Shein.com | | -265.90 | -1,166.52 |
| Check | 04/05/2022 | | Terminix | | -119.02 | -1,285.54 |
| Check | 04/05/2022 | | Appa Mia | | -70.80 | -1,356.34 |
| Total Checks and Payments | | | | | -1,356.34 | -1,356.34 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 04/01/2022 | | | | 1,000.00 | 1,000.00 |
| Total Deposits and Credits | | | | | 1,000.00 | 1,000.00 |
| Total New Transactions | | | | | -356.34 | -356.34 |
| **Ending Balance** | | | | | **-1,981.58** | **150.55** |

11:09 AM
04/05/22

# Yoel M. Bacallao
## Reconciliation Detail
### Wells Fargo - Way2Save Checking, Period Ending 03/24/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,950.00 |
| Cleared Balance | | | | | | 1,950.00 |
| Register Balance as of 03/24/2022 | | | | | | 1,950.00 |
| **Ending Balance** | | | | | | **1,950.00** |